# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>DEBRA HAMAKER and ASHLEY HAMAKER,<br><br>        Defendants. | CIVIL ACTION NO.:<br>1:10-CV-0731 LJM-DML<br><br>Judge Larry J. McKinney<br>Magistrate Judge Debra McVicker Lynch |

### ORDER ON PLAINTIFF'S MOTION TO DEPOSIT DISPUTED BENEFITS, FOR DISCHARGE, AND FOR ATTORNEYS' FEES

This matter coming on to be heard on the Motion of Plaintiff, Transamerica Life Insurance Company, pursuant to 28 U.S.C. § 1332 and Fed. R. Civ. P. 67, to deposit into the Court's registry the $250,000 death benefit (the "disputed benefits") under Life Insurance Policy No. 650115892, which it issued to decedent Steven Charles Hamaker, and for discharge, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.    This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332;

2.    The Court grants Transamerica's motion and directs that Transamerica shall deposit the disputed benefits plus pre-judgment interest accruing since the date of Steven Charles Hamaker's death into the Court's registry;

3. The Court grants Transamerica's motion to require defendants Debra Hamaker and Ashley Hamaker to interplead and settle among themselves their rights and claims to disputed benefits;

4. The Court grants Transamerica's motion to enjoin the defendants from instituting or prosecuting any other proceeding against Transamerica with respect to the policy or the disputed benefits;

5. The Court discharges Transamerica from all further liability as to any claim to the disputed benefits;

6. The Court enters judgment in Transamerica's favor and against defendants Debra Hamaker and Ashley Hamaker, and finds and declares that defendants Debra Hamaker and Ashley Hamaker shall take nothing from plaintiff Transamerica.  The Court directs the entry of judgment in favor of Transamerica and against Debra Hamaker and Ashley Hamaker, and expressly determines that there is no reason to delay the entry of judgment; and

7. The Court reserves jurisdiction to award Transamerica reasonable attorney fees and costs incurred in this action.  Transamerica shall submit its petition in accordance with Fed. R. Civ. P. 54(d) and the Local Rules of this Court.

ENTERED: 08/31/2010

*Larry J. McKinney*
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana